Davis Polk

Edmund Polubinski
+1 (212) 450-4695
edmund.polubinski@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

Application GRANTED. SO ORDERED.
Dated: October 20, 2026

October 19, 2026

Re: *In re UiPath, Inc. Derivative Litigation*, 1:24-cv-5157-JPC-SDA

Hon. Stewart D. Aaron
United States District Court
for the Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Aaron:

We represent Nominal Defendant UiPath, Inc. and the Individual Defendants[1] (together, "Defendants") in the above-referenced consolidated derivative action (the "Derivative Action"). We submit this Letter-Motion jointly on behalf of Defendants and Plaintiffs Clifton Murie and Samhita Gera (together, the "Parties"). As set forth below, all Parties respectfully request that, in the interest of judicial economy, the Court extend the stay of all deadlines that is currently place until November 6, 2026.

The Parties have twice before stipulated and jointly moved, in the interest of judicial economy, to stay all deadlines in the Derivative Action pending the outcome of the defendants' motion to dismiss in the related securities case, *In re UiPath, Inc. Securities Litigation*, 1:24-cv-4702-JPC-SDA (the "Securities Action"). The Court has granted the Parties' joint motion in each instance. (Derivative Action ECF Nos. 13 & 17.)

On September 28, 2026, the Court granted the defendants' motion to dismiss the Securities Action with prejudice ("MTD Order" (Securities Action ECF No. 50)) and entered judgment for the defendants on September 30, 2026. The MTD Order effectuated a "Termination Date," which requires the Parties to meet and confer and submit a proposed schedule for the Court for next steps, if any, in the Derivative Action.

The deadline for plaintiffs in the Securities Action to file a notice of appeal of the judgment is Wednesday, October 30, 2026. (*See* Securities Action ECF No. 52-1.) The Parties in the Derivative Action agree that the filing of a notice of appeal will inform the extent to which the Derivative Action proceeds. For that reason and in the interest of judicial economy, the Parties in the Derivative Action respectfully request that the Court extend the stay of the Derivative Action and the Parties' deadline to submit a proposed schedule from October 19, 2026, until November 6, 2026—7 days after the October 30, 2026 deadline to appeal the judgment in the Securities Action—by which date the Parties will file a joint letter with the Court on the extent to which the Derivative Action should proceed and, if applicable, proposed next steps.

The Parties are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

*/s/ Edmund Polubinski*
Edmund Polubinski

cc: All counsel of record via ECF

**Electronic Filing**

[1] The Individual Defendants are Daniel Dines, Robert Enlin, Ashim Gupta, Philippe Botteri, Michael Gordon, Daniel Springer, Laela Sturdy, Karenann Terrell, Richard P. Wong, and June Yang.